AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ALZAL CORP. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV 13-2577 |
| INTERNATIONAL FREIGHT CORP., METROPOLITAN SHIPPING LOGISTICS and ULTIMATE BODY AND TRANSPORT, INC. | ) ) ) ) | CHEN, J. ORENSTEIN, M.J. |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* International Freight Corp., 77 Evergreen Avenue, Brooklyn, NY 11206;

Metropolitan Shipping Logistics, 1160 State St., Building 8A, Perth Amboy, NJ 08861;

Ultimate Body and Transport, Inc., 546 Montauk Avenue, Brooklyn, NY 11208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Giusti, Esq.
Katie Ambroziak, Esq.
Robert Giusti, Esq. & Associates, PLLC
42-40 Bell Blvd., Suite 601
Bayside, New York 11361

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: APR 26 2013

*Signature of Clerk or Deputy Clerk*