

B 1 5 1 - Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

1988 JULIUS BLUMBERG, INC., Publisher, NYC 10013

U S DISTRICT COURT OF THE EASTERN DISTRICT
COUNTY OF NEW YORK

ALZAL CORP., Plaintiffs)

against

INTERNATIONAL FREIGHT CORP., et al., Defendant(s)

Index No. CV-13-2577

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

STATE OF NEW YORK, COUNTY OF QUEENS, SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Forest Hills, N.Y.

That on April 30, 2013 at 1:30 P.M., at 546 Montauk Avenue, Brooklyn, New York 11206. deponent served the within summons, *and complaint on* Ultimate Body and Transport, Inc. defendant therein named,

INDIVIDUAL 1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☑ a Domestic corporation, by delivering thereat a true copy *of each* to Joseph Pollerle personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be a managing agent thereof authorized to accept service.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's-actual place of business-dwelling place-usual place of abode-within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's-actual place of business-dwelling place-usual place of abode-within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3 ☑

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☑ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☑ 5'9"-6'0" | ☑ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on May 3, 2013

DAVID M. GROSS
NOTARY PUBLIC, State of New York
No. 02GR6161493
Qualified in Nassau County
Commission Expires February 26, 2015

PRINT NAME BENEATH SIGNATURE
LEONARD H. SAFRAN.

License No. 0741413.

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # CV-13-2577 Purchased/Filed:

STATE OF NEW YORK UNITED STATES DISTRICT COURT EASTERN DISTRICT

*Alzal Corp.* Plaintiff

against

*International Freight Corp., et al.* Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

Heather Morigerato, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 6, 2013, at 11:45 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Notice of Lien and Sale And Rule 7.1 Disclosure Statement and Civil Cover Sheet on

Ultimate Body and Transport, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 41 Approx. Wt: 145 Approx. Ht: 5'5"

Color of skin: White Hair color: Blonde Sex: Female Other: ______

Sworn to before me on this

8th day of May, 2013

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2017

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1305125

*[Page image is mirrored/reversed and largely illegible. Visible fragments suggest a court summons form for the Eastern District of New York.]*