AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ALZAL CORP.
*Plaintiff*
v.
INTERNATIONAL FREIGHT CORP. et al.
*Defendant*

Case No. 13 CV 002577

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALZAL CORP.

Date: 10/04/2013

*Attorney's signature*

Katie Ambroziak, Esq. 4761847
*Printed name and bar number*

42-40 Bell Blvd., Suite 601
Bayside, New York 11361

*Address*

Katie@Giustilaw.com
*E-mail address*

(718) 224-5431
*Telephone number*

(718) 224-2938
*FAX number*