UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALZAL CORP, | Civil Action No. 13 CV 002577 |
| Plaintiff, | |
| v. | **CERTIFICATE OF DEFAULT** |
| INTERNATIONAL FREIGHT CORP., METROPOLITAN SHIPPING LOGISTICS and ULTIMATE BODY AND TRANSPORT, INC. | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ NOV 05 2013 ★ BROOKLYN OFFICE |
| Defendant. | |

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants INTERNATIONAL FREIGHT CORP., METROPOLITAN SHIPPING LOGISTICS and ULTIMATE BODY AND TRANSPORT, INC. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants INTERNATIONAL FREIGHT CORP., METROPOLITAN SHIPPING LOGISTICS and ULTIMATE BODY AND TRANSPORT, INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 5, 2013

DOUGLAS C. PALMER

By: *Janet Hamilton*
Deputy Clerk