AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Alzal Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Civ. 2577 (PKC)(JO) |
| International Freight Corp., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, I.F.C. International Freight Corp. (improperly sued as "International Freight Corp.") .

Date: December 11, 2013

/s/ Peter C. Dee
*Attorney's signature*

Peter C. Dee
*Printed name and bar number*

Mavronicolas Mueller & Dee LLP
950 Third Ave, 10th Floor
New York, New York  10022
*Address*

pdee@mavrolaw.com
*E-mail address*

646.770.1256
*Telephone number*

866.774.9005
*FAX number*